# EXHIBIT B



Heller Industrial Parks

205 Mill Road, Edison, NJ 08837-3801
(732) 287-4880

# INVOICE

PAGE 1

**SOLD TO:**

WORLD** WORLD IMPORTS
11000 ROOSEVELT BLVD
PHILADELPHIA PA 19116

| DATE | INVOICE # | TERMS: NET 10 DAYS |
|---|---|---|
| 2013/07/23 | 43404 | |

| DESCRIPTION | AMOUNT |
|---|---|
| 350M 283-285 DAYTON-JAMESBURG RD<br>REAL ESTATE TAXES<br>CUSTOMER % - 29.60% | 14,328.74 |
| 350M 283-285 DAYTON-JAMESBURG RD<br>REAL ESTATE TAXES-LAND<br>CUSTOMER % - 29.60% | 6,884.03 |
| Q3 2013 RE TAX 7/1/13-9/30/13 **TOTAL** | 21,212.77 |

FILE COPY

PLEASE MAKE CHECKS PAYABLE TO HELLER INDUSTRIAL PARKS, INC.

# 2013 FINAL/2014 PRELIMINARY TAX BILL — TOWNSHIP OF SOUTH BRUNSWICK

| BLOCK NUMBER | LOT NUMBER | QUAL |
|---|---|---|
| 15.01 | 12.02 | |

Property Locat. 285 RIDGE ROAD
Building Desc. 1SC
Additional Lots 384,304 SF
Land Dimens. 25.246 AC WHSE.
Bank Mortgage # Tax Acct. # 842

**ASSESSED VALUATION INFORMATION**

| LAND | IMPROVEMENTS | TOTAL |
|---|---|---|
| 2019700 | 4243400 | 6263100 |

EXEMPTIONS ▶ 39500 NET TAXABLE VALUE ▶ 6223600

HELLER XI PARTNERSHIP, LP
205 MILL ROAD
EDISON, NJ 08837

**EXPLANATION OF TAXES**

| DESCRIPTION | RATE PER $100 | AMOUNT OF TAX |
|---|---|---|
| COUNTY TAX | 0.749 | 46614.76 |
| COUNTY OPEN SPACE TAX | 0.064 | 3983.10 |
| DISTRICT SCHOOL TAX | 2.853 | 177559.31 |
| LOCAL MUNICIPAL TAX | 0.751 | 46739.24 |
| MUNICIPAL OPEN SPACE TX | 0.041 | 2551.68 |
| MUNICIPAL LIBRARY TAX | 0.070 | 4356.52 |
| FIRE DIST 2 | 0.041 | 2551.68 |
| 2013 TOTAL TAX | 4.569 | 284356.29 |
| 2013 NET TAX | | 284356.29 |
| LESS 2013 PREV. BILLED | | 141026.78 |
| BALANCE OF 2013 TAX | | 143329.51 |

| 2013 3RD QTR DUE AUG. 1, 2013 | 71664.76 | 2013 4TH QTR DUE NOV. 1, 2013 | 71664.75 | 2014 1ST QTR DUE FEB. 1, 2014 | 71089.08 | 2014 2ND QTR DUE MAY 1, 2014 | 71089.07 |
|---|---|---|---|---|---|---|---|

## INFORMATION FOR TAXPAYERS

MAKE CHECK PAYABLE TO: TOWNSHIP OF SOUTH BRUNSWICK
TELEPHONE: (732) 329-4000 Ext. 7854
MAIL TO: TOWNSHIP OF SOUTH BRUNSWICK
540 RIDGE ROAD, MUNICIPAL BUILDING
P.O. BOX 190
MONMOUTH JUNCTION, N.J. 08852

## 2014 PRELIMINARY TAX

PRELIMINARY TAX IS EQUAL TO ONE HALF OF 2013 TOTAL NET TAX: 142178.15

**SEE REVERSE SIDE FOR ADDITIONAL INFORMATION**

3RD QUARTER BILL DUE AUGUST 1,2013. GRACE PERIOD- MONDAY, AUG. 12, 2013 NO ADDITIONAL GRACE PERIOD APPLICABLE FROM THAT DATE. PAYMENTS RECEIVED AFTER AUGUST 12, 2013 WILL BE CHARGED INTEREST BACK TO THE DUE DATE OF AUGUST 1, 2013.

PLEASE NOTE THE NEW TAX ACCOUNT # ON THIS BILL. PLEASE USE THIS NEW ACCOUNT # WHEN MAKING PAYMENT!

## DISTRIBUTION OF TAXES

Assessment

BLDG 4,203,900 / 6,223,600 x 71,664.76 = 48,407.91

JUL 16 2013

LAND 2,019,700 / 6,223,600 x 71,664.76 = 23,256.85

350M

STATE AID USED TO OFFSET LOCAL PROPERTY TAXES: The budgets of the government agencies funded by this tax bill include State aid used to reduce property taxes. Based on the assessed value, the amount of this State aid used to offset property taxes on this parcel equals: $ 67775.00

S058-02A/02B © MGL PRINTING SOLUTIONS

---

## TOWNSHIP OF SOUTH BRUNSWICK 2014-2

TAX COLLECTOR'S STUB - DETACH AND RETURN WITH PAYMENT
2014 2ND QUARTER TAX DUE MAY 1, 2014

| BLOCK NUMBER | LOT NUMBER | CHECK NUMBER | BANK CODE |
|---|---|---|---|
| 15.01 | 12.02 | | |

| TAX ACCOUNT NUMBER | TAX BILL NUMBER | TAX AMOUNT BILLED — DUE MAY 1, 2014 |
|---|---|---|
| 842 | 000469 | 71089.07 |

ADJUSTMENT
INTEREST
CASH ☐
CHECK ☐
TOTAL

HELLER XI PARTNERSHIP, LP
285 RIDGE ROAD

## TOWNSHIP OF SOUTH BRUNSWICK 2014-1

TAX COLLECTOR'S STUB - DETACH AND RETURN WITH PAYMENT
2014 1ST QUARTER TAX DUE FEBRUARY 1, 2014

| BLOCK NUMBER | LOT NUMBER | CHECK NUMBER | BANK CODE |
|---|---|---|---|
| 15.01 | 12.02 | | |

| TAX ACCOUNT NUMBER | TAX BILL NUMBER | TAX AMOUNT BILLED — DUE FEBRUARY 1, 2014 |
|---|---|---|
| 842 | 000469 | 71089.08 |

ADJUSTMENT
INTEREST
CASH ☐
CHECK ☐
TOTAL

HELLER XI PARTNERSHIP, LP
285 RIDGE ROAD

## TOWNSHIP OF SOUTH BRUNSWICK 2013-4

TAX COLLECTOR'S STUB - DETACH AND RETURN WITH PAYMENT
2013 4TH QUARTER TAX DUE NOVEMBER 1, 2013

| BLOCK NUMBER | LOT NUMBER | CHECK NUMBER | BANK CODE |
|---|---|---|---|
| 15.01 | 12.02 | | |

| TAX ACCOUNT NUMBER | TAX BILL NUMBER | TAX AMOUNT BILLED — DUE NOVEMBER 1, 2013 |
|---|---|---|
| 842 | 000469 | 71664.75 |

ADJUSTMENT
INTEREST
CASH ☐
CHECK ☐
TOTAL

HELLER XI PARTNERSHIP, LP
285 RIDGE ROAD

## TOWNSHIP OF SOUTH BRUNSWICK 2013-3

TAX COLLECTOR'S STUB - DETACH AND RETURN WITH PAYMENT
2013 3RD QUARTER TAX DUE AUGUST 1, 2013

| BLOCK NUMBER | LOT NUMBER | CHECK NUMBER | BANK CODE |
|---|---|---|---|
| 15.01 | 12.02 | | |

| TAX ACCOUNT NUMBER | TAX BILL NUMBER | TAX AMOUNT BILLED — DUE AUGUST 1, 2013 |
|---|---|---|
| 842 | 000469 | 71664.76 |

ADJUSTMENT
INTEREST
CASH ☐
CHECK ☐
TOTAL

HELLER XI PARTNERSHIP, LP
285 RIDGE ROAD